ACCEPTED
14-14-01007CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 3:16:35 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-01007-CV

**IN THE FOURTEENTH COURT OF APPEALS OF TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 3:16:35 PM
CHRISTOPHER A. PRINE
Clerk

THOMAS BEETS AND LESLIE BEETS
*APPELLANTS*,

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2,
*A DELAWARE STATUTORY TRUST*
*APPELLEE*.

On Appeal from *National Collegiate Student Loan Trust 2005-2,* A Delaware Statutory Trust *v. Thomas Beets and Leslie Beets*, No. CV28146 (344th Judicial District Court, Chambers County, Tex. Jan 15, 2014).

Hon. Randy McDonald, Presiding

**APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S RESPONSE BRIEF ON THE MERITS**

MICHAEL J. SCOTT
State Bar No. 24000876
TERI STEWART MACE
State Bar No. 12759480
JUDITH MORGAN
State Bar No. 00789500
courts@scott-pc.com
Scott, Parnell, and Associates
P.O. Box 115220
Carrollton, Texas 75006
Tel:     214.234.8456
Fax:     214.234.8454
**ATTORNEYS FOR PLAINTIFF**

1

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S RESPONSE BRIEF ON THE MERITS

Appellee respectfully requests that the Court grant it 30 days to file its Response Brief on the Merits in the instant appeal.

## I
## BACKGROUND

1.      This Motion is filed pursuant to, and in compliance with Texas Rules of Appellate Procedure 10.5 and 38.6(d).

2.      On September 26th, 2014, the 344th Judicial District Court of Chambers County, Texas signed a Final Summary Judgment in Case No. CV28146 , *National Collegiate Student Loan Trust 2005-2*, A Delaware Statutory Trust v. *Thomas Beets and Leslie Beets*. ("Final Summary Judgment", attached as Exhibit A).

3.      On December 22, 2014, Appellants filed its Notice of Appeal ("Notice of Appeal", attached as Exhibit B).

4.      On March 3, 2015, Appellants filed their first Motion for Extension of Time to File Brief, which Motion for Extension was granted.

5.      On April 1, 2015, Appellants filed their second Motion for Extension of Time to File Brief, which second Motion for Extension was granted.

6.      On May 6, 2015, Appellants filed their third Motion for Extension of Time to File Brief, which third Motion for Extension was granted.

7.      On May 21, 2015, Appellants filed Appellants' Brief.

8.      The Court has not granted Appellee any prior extensions of time in the instant appeal.

(401723)                                    2

**II.**
**APPELLEE'S MOTION FOR EXTENSION OF TIME**

9.      Appellee respectfully requests an additional 30 days to submit its responsive brief to the Court. Appellant was representing in the trial proceeding by Regent and Associates. Mr. R. Chan Tysor of Scott Parnell & Associates, P.C. (the "Firm") appeared on behalf of Appellee only at the hearing on the Appellant's Motion for New Trial. Mr. Tysor is not the attorney handling the appeal for Appellee. The Firm attorney responsible for this appeal left the Firm yesterday, June 11, 2015, without preparing the responsive brief. Due to circumstances at the Firm beyond the control of Appellee, Appellee needs additional time to adequately prepare its brief.

**III.**
**CONCLUSION**

10.      Appellee respectfully requests an additional 30 days to submit its responsive brief to the Court due to the departure of the attorney primarily responsible for preparing Appellee's Brief.

**IV.**
**PRAYER**

WHEREFORE, Appellee prays that the Court:

a.      Issue its Order Granting Appellee at least 30 days for Appellee to file its Brief in Response.

Respectfully submitted,

Michael J. Scott (SBN 24000876)
Teri Stewart Mace (SBN 12759480)
Judith Morgan (SBN 00789500)
courts@scott-pc.com
Scott, Parnell, and Associates
P.O. Box 115220
Carrollton, Texas 75006
Tel:    214.234.8456
Fax:    214.234.8454
**ATTORNEYS FOR PLAINTIFF**

(401723)                                        3

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motions was been served via United States Postal Service First Class Mail, this _____ day of June, 2015 on the following:

Robert B. Hinsley
The Hinsley Law Firm
6001 Savoy Drive, Suite 115
Houston, Texas 77036
Telephone:    713-465-9000
Facsimile:    713-465-9997
bjennings@consumersdefense.com
**ATTORNEY FOR APPELLANTS**

Michael J. Scott
Teri Stewart Mace
Judith Morgan

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 12, 2015, I have conferred with counsel for Appellants, who stated that this Motion is unopposed.   Tex. R. App. P. Ann. 10.1(a)(5) (West 2014).

Michael J. Scott
Teri Stewart Mace
Judith Morgan